THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUARANTY TRUST COMPANY OF NEW YORK, as Successor Trustee under the Trust Indenture, Dated May 5, 1927, of Common Stock Trust Shares Series " A," Relator, v. THOMAS M. LYNCH and Others, Constituting the State Tax Commission, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser, and Bliss, JJ.

In the Matter of the Application of HENRY A. WEIHER, Respondent, for a Mandamus Order against FREDERICK STUART GREENE, Superintendent of Public Works of the State of New York, and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

FRED E. WARNER, Respondent, v. AMELIA WARNER, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

EAGLE INDEMNITY COMPANY, Respondent, v. H. J. CONRATH COMPANY and Others, Defendants; GEORGE BALLARD, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

MONGAUP VALLEY CO., INC., Appellant, v. ROCKLAND LIGHT AND POWER COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Application for stay denied. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; Bliss, J., dissents.

WOODSIDE PRESBYTERIAN CHURCH, Respondent, v. I. TOWNSEND BURDEN, Appellant, and Another.— Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: Did the defendant I. Townsend Burden create and establish a trust for the benefit of the plaintiff, under the facts proven? Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ. [See 240 App. Div. 43.]

NEW YORK POWER AND LIGHT CORPORATION, Respondent, v. JOHN L. HAUSER and Another, Appellants.— Final order of confirmation unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

## FOURTH DEPARTMENT, MARCH, 1934.

PIERCE, BUTLER & PIERCE MANUFACTURING CORPORATION, Respondent, v. CITY OF SYRACUSE, Appellant.— Interlocutory judgment affirmed, with costs. All concur, except Edgcomb, J., not voting.

CHARLES GAGAS and Another, Respondents, v. CLARENCE L. CRABB, Appellant, and RUPERT L. MALONEY, Defendant, and Others, as Executors, etc., of JOSEPH H. JAMMAL, Deceased.— Judgment affirmed, with costs. All concur.

DAVID S. WRIGHT, Respondent, v. WESTFIELD PRESERVING COMPANY, INCORPORATED, and Others, Defendants, and TONY R. LIBERTY and Others, Appellants.— Judgment affirmed, with costs. All concur.